No. 99–6214. SHERRILL *v.* HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–6229. GRONQUIST *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 99–6230. CARR *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–6246. WOODS *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–6248. KILLION *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6260. LOPEZ *v.* UDALL, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 99–6270. DECK *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–6277. DILLARD *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 99–6284. DRAKE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 99–6291. BELEI *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–6321. ROBERTS *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–6334. PERELMAN *v.* RENO, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 99–6336. CARLSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6350. MCCARTY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.